08 CIV 6318

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| ROBERT WILKINSON, Derivatively on behalf of ITT CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STEVEN R. LORANGER, CURTIS J. CRAWFORD, CHRISTINA A. GOLD, RALPH F. HAKE, JOHN J. HAMRE, RAYMOND W. LEBOEUF, FRANK T. MACINNIS, LINDA S. SANFORD, and MARKOS I. TAMBAKERAS, )<br>)<br>Defendants, )<br>)<br>vs. )<br>)<br>ITT CORPORATION, an Indiana Corporation, )<br>)<br>Nominal Defendant. ) | CIVIL ACTION NO.<br><br>**RELATED CASE AFFIRMATION** |

STATE OF NEW YORK     )
                                          ) ss.:
COUNTY OF NEW YORK )

JOSEPH H. WEISS, under penalty of perjury, hereby affirms:

I am a member of the Bar of this Court and am counsel for plaintiff Robert Wilkinson in this litigation. This action is brought as a derivative action on behalf of ITT Corporation. A similar action brought against the same defendants, seeking the same relief and making the same allegations was previously filed in the Southern District of New York under the caption: <u>In re</u>

<u>ITT Corporation Derivative Litigation</u>, bearing Civil Action No. 07-cv-2878. That action has been assigned or referred to Judge Charles L. Brieant and it is respectfully submitted that this action should be filed as a related case.

Dated: New York, New York
July 14, 2008

_____
JOSEPH H. WEISS